Luke Landers (SBN 315475)
llanders@hilgerslaw.com
HILGERS PLLC
27001 Agoura Road, Suite 350
Calabasas, CA 91301
Telephone: (619) 369-6232
Facsimile: (402) 413-1880

*Attorney for Defendant Walmart Inc.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHAWN ANTHONY MCMILLIAN,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**WALMART INC.,**<br><br>**Defendant.** | Case No.<br><br>**DEFENDANT WALMART INC.'S NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>Removed from the Superior Court of California, County of Butte<br><br>Complaint Filed:     April 28, 2026<br><br>Action Removed:     June 15, 2026 |

## DEFENDANT WALMART INC.'S NOTICE OF REMOVAL OF CIVIL ACTION

**TO THE COURT AND TO PLAINTIFF SHAWN ANTHONY MCMILLIAN:**

PLEASE TAKE NOTICE THAT Defendant Walmart Inc. ("Walmart"), pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby removes this action from the Superior Court of California, County of Butte for the Eastern District of California.

## I.    INTRODUCTION

Plaintiff Shawn Anthony McMillian ("Plaintiff") sued Walmart pro se in the Superior Court of California, County of Butte.  Exhibit A, Complaint. Plaintiff asserts California state law claims broadly related to trade secret misappropriation.

Diversity jurisdiction exists over this case because (a) Plaintiff is a California citizen and no defendant is a California citizen, and (b) the amount in controversy is greater than $75,000. Walmart

DEFENDANT WALMART INC.'S NOTICE OF REMOVAL OF CIVIL ACTION

reserves the right to amend or supplement this Notice of Removal and further reserves all its defenses and objections to Plaintiff's claims.

## II.    VENUE

Plaintiff filed this action in the Superior Court of California, County of Butte. Ex. A. Venue, therefore, properly lies in the United States District Court for the Eastern District of California pursuant to 28 U.S.C. § 1441(a) because this is the United States District Court and Division embracing the place where the state court action is pending.

## III.    THE STATE COURT ACTION

On April 28, 2026, Plaintiff filed a Complaint against Walmart Inc. in the Superior Court of California, County of Butte titled *Shawn Anthony McMillian v. Walmart, Inc.,* Case No. 26CV01432, (the "State Court Matter"), attached hereto as Exhibit A. The Complaint was filed pro se, and attempts to allege claims for (1) "Negligence;" (2) "Conversion / Wrongful Exercise of Control Over Property;" (3) "Misappropriation of Ideas / Implied-in-Fact Use Without Compensation;" (4) "Unjust Enrichment / Restitution;" (5) "Violation of California Unfair Competition Law, Bus. & Prof. Code § 17200;" (6) "Fraudulent Concealment / Nondisclosure;" (7) "Spoliation-Related Equitable Relief / Evidence Preservation;" and (8) "Invasion of Privacy / Misuse of Personal Information." All of the claims are based on Plaintiff's assertion that Walmart obtained information Plaintiff published online and used the information to develop e-commerce processes to benefit Walmart, including but not limited to creating a phone application that it subsequently patented. As Walmart understands the Complaint, Plaintiff alleges claims related to trade secret misappropriation.

The defendant has not answered the Complaint.

## IV.    BASIS FOR FEDERAL JURISDICTION UNDER 28 U.S.C. § 1332

This case is removable under federal diversity jurisdiction, 28 U.S.C. § 1332(a) and 1441(a), because complete diversity exists among the parties and the amount in controversy exceeds $75,000, exclusive of interests and costs.

### A)    Complete Diversity Exists Among the Parties.

Plaintiff Shawn Anthony McMillian, is a resident of Chico, California and thus is a citizen of California for jurisdictional purposes. Ex. A at ¶ 15.

Walmart is a Delaware corporation with its principal place of business in Arkansas.  It is thus a citizen of Delaware and Arkansas for jurisdictional purposes. Ex. C, Declaration of Jonathan Musch, at ¶¶ 3-4.

For jurisdictional purposes, Plaintiff is a citizen of California, and Walmart is a citizen of Delaware and Arkansas.  Accordingly, complete diversity among the parties exists under 28 U.S.C. § 1332(a).

**B)      The Amount in Controversy Exceeds $75,000.**

In the Declaration of Shawn Anthony McMillian in Support of Complaint (the "Declaration"), Plaintiff requests that the Court "Make … Walmart pay me … $10 to $100 billion." Exhibit A, the Declaration, at pg. 37. The amount in controversy therefore exceeds $75,000.

**V.      COMPLIANCE WITH STATUTORY REQUIREMENTS**

This Notice of Removal is timely under 28 U.S.C. § 1446.

Removal to the United States District Court for the Eastern District of California is proper under 28 U.S.C. § 1441(a) because this is the United States District Court and Division embracing the place where the state court action is pending.

Pursuant to 28 U.S.C. § 1446(a), Walmart files a copy of the Complaint for Damages and the accompanying Declaration as Exhibit A, a copy of the Summons, Civil Case Cover Sheet, the Order on Fee Waiver, the Notice of Assignment & Case Management Conference, the Proof of Service as Exhibit B. No other process, pleadings, or orders have been served in the State Court Matter.

A copy of Walmart's Notice of Removal is being filed with the Clerk of Court of the Superior Court of California, County of Butte, and written notice is being given to Plaintiffs in accordance with 28 U.S.C. § 1446(d).

Dated: June 15, 2026                                      HILGERS PLLC


                                                          By: */s/ Luke Landers*
                                                              Luke Landers
                                                              Attorneys for Defendant Walmart Inc.

DEFENDANT WALMART INC.'S NOTICE OF REMOVAL OF CIVIL ACTION